| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | DANIEL R. KALEBA (CABN 223789)<br>Assistant United States Attorney |
| 5 | 150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113 |
| 6 | Telephone: (408) 535-5061<br>Fax: (408) 535-5066 |
| 7 | E-Mail: daniel.kaleba@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00620 DLJ |
| Plaintiff, | ) | CR 11-00709 DLJ |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS APPEARANCE AND EXCLUDING TIME FROM FEBRUARY 9, 2012 TO MARCH 8, 2012 |
| ROSA MARIA MARTINEZ, | ) | |
| Defendant. | ) | |

The defendant, ROSA MARIA MARTINEZ, represented by Bruce Funk, Esquire, and the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly request that the appearance set for February 9, 2012 be continued to March 8, 2012. Counsel for the defendant is currently in a jury trial in federal court, and is unavailable on February 9, 2012. His next available date is March 8, 2012. Further, the parties have discussed a resolution in the matter, and both parties would benefit from additional time to conduct the necessary investigation, including into both the facts of this case, as well as the criminal history of the defendant, to reach a possible resolution.

//

//

STIP. AND [PROPOSED] ORDER

The parties also jointly request an exclusion of time under the Speedy Trial Act between February 9, 2012 and March 8, 2012, because additional time is necessary to review the discovery and to conduct necessary investigation.

IT IS SO STIPULATED.

Dated: February 8, 2012

/s/
BRUCE C. FUNK
Attorney for Defendant
ROSA MARTINEZ

Dated: February 8, 2012

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between February 9, 2012 and March 8, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between February 9, 2012 and March 8, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between February 9, 2012 and March 8, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: _____

D. LOWELL JENSEN
United States District Judge