1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5    150 Almaden Boulevard, Suite 900
     San Jose, CA 95113
6    Telephone: (408) 535-5061
     Fax:  (408) 535-5066
7    E-Mail:  daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE  DIVISION
12

13  UNITED STATES OF AMERICA,          )    No. CR 11-00620 DLJ
                                       )        CR 11-00709 DLJ
14          Plaintiff,                 )
                                       )
15  v.                                 )    STIPULATION AND []
                                       )    ORDER TO CONTINUE STATUS
16  ROSA MARIA MARTINEZ,               )    APPEARANCE AND EXCLUDING TIME
                                       )    FROM APRIL 19, 2012 TO MAY 31, 2012;
17          Defendant.                 )    REFERRAL TO PROBATION OFFICE
                                       )    FOR PRE-PLEA PRESENTENCE
18  _____)    CRIMINAL HISTORY ONLY REPORT

19          The defendant, ROSA MARIA MARTINEZ, represented by Bruce Funk, Esquire, and

20  the government, represented by Daniel R. Kaleba, Assistant United States Attorney, jointly

21  request that the appearance set for April 19, 2012 be continued to May 31, 2012.  The parties

22  have reached an agreement in principle concerning a proposed resolution of the case.  Both

23  parties request the preparation of a Presentence Criminal History Only Report by the United

24  States Probation Office to assist with evaluating the defendant's potential sentencing exposure

25  under the United States Sentencing Guidelines.  Consequently, the parties request this Court

26  refer this matter to the Probation Office to prepare such a Report.

27  //

28  //

The parties also jointly request an exclusion of time under the Speedy Trial Act between April 19, 2012 and May 31, 2012, for the completion of the pre-plea Presentence Criminal History Report, and to promote the continuity of counsel in the resolution of this matter..

IT IS SO STIPULATED.


Dated: April 9, 2012                        _____/s/_____
                                            BRUCE C. FUNK
                                            Attorney for Defendant
                                            ROSA MARTINEZ


Dated: April 9, 2012                        _____/s/_____
                                            DANIEL R. KALEBA
                                            Assistant United States Attorney


Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 9, 2012 and May 31, 2012 would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between April 9, 2012 and May 31, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between April 9, 2012 and May 31, 2012 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS FURTHER ORDERED that this matter is referred to the United States Probation Office to prepare a Presentence Criminal History Only Report for the above named defendant, and the parties shall assist the Probation Office as necessary in the preparation of such a Report.


DATED: _____          _____
                                   D. LOWELL JENSEN
                                   United States District Judge