MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Nos. CR 11-00620 DLJ |
| --- | --- | --- |
| Plaintiff, | ) | CR 11-00709 DLJ |
| v. | ) | STIPULATION AND [] ORDER TO CONTINUE SENTENCING DATE |
| ROSA MARIA MARTINEZ, | ) | |
| Defendant. | ) | |

On June 7, 2012, the defendant entered guilty pleas in the above referenced matters. The Court set a sentencing date of August 13, 2012. The parties request additional time to prepare for sentencing, in particular, to conduct the necessary investigation to ensure the Probation Office and the Court has information relevant to sentencing.

//
//
//
//
//
//

STIPULATION

Accordingly, the parties jointly stipulate and request the sentencing date be continued to September 27, 2012.

Dated: August 13, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Dated: August 13, 2012

/s/
BRUCE C. FUNK
Attorney for Rosa Maria Martinez

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the August 13, 2012 sentencing of the defendant is hereby continued to September 27, 2012.

Dated: Ì EDCEFG

HON. D. LOWELL JENSEN
United States District Judge

STIPULATION 2