MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
Fax: (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROSA MARIA MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | Nos. CR 11-00620 DLJ <br> CR 11-00709 DLJ <br><br> STIPULATION AND [] <br> ORDER TO CONTINUE SENTENCING <br> DATE |

Defendant Rosa Martinez is set to be sentenced on September 27, 2012. The parties have been advised by the Probation Office that its presentence investigation is ongoing. The parties jointly request additional time for sentencing to allow the necessary investigation by the defense and the Probation Office to ensure the Court has information relevant to sentencing.

//

//

//

//

//

//

STIPULATION

Accordingly, the parties jointly stipulate and request the sentencing date be continued to October 18, 2012.

Dated: September 18, 2012                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                                    /s/
                                             DANIEL R. KALEBA
                                             Assistant United States Attorney

Dated: September 18, 2012                           /s/
                                             BRUCE C. FUNK
                                             Attorney for Rosa Maria Martinez

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the September 27, 2012 sentencing of the defendant is hereby continued to October 18, 2012.

Dated: _____                        _____
                                             HON. D. LOWELL JENSEN
                                             United States District Judge

STIPULATION                    2